JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE B. WALKER, <br><br> Petitioner, <br><br> vs. <br><br> J. SOTO, Warden, <br><br> Respondent. | Case No. CV 15-00951-JAK (KES) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 27, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE